Same case below, 354 Fed. Appx. 273.

**No. 09-10900. Michael Jackson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 6375, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10901. Dave Dale Baker, Petitioner v. Wyoming.**

562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 5938.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 223 P.3d 542.

**No. 09-10904. Daniel Whitaker Bluestein, Petitioner v. Oregon.**

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 6086.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 229 Or. App. 236, 211 P.3d 984.

**No. 09-10914. Raj Karee Edge, Petitioner v. Ray Lawler, Superinten-**

**dent, State Correctional Institution at Huntingdon, et al.**

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 5940.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10915. Willie J. Harper, aka Willie Harper, Petitioner v. Michael McCall, Warden.**

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 5904.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 331 Fed. Appx. 273.

**No. 09-10919. Doiakah Gray, Petitioner v. Terry McCann, Warden.**

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 6082.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 598 F.3d 324.

**No. 09-10920. Sherwin Field, Petitioner v. New Jersey.**

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 6323.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.